IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

CHAKAKHAN DAVIS                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:14-cv-375-HTW-LRA

WAL-MART STORES EAST, LP
& JOHN DOES 1-5                                                                           DEFENDANTS

## ORDER

This cause came on for hearing on the motion of Defendant, Wal-Mart Stores, East, LP, ("Wal-Mart") for an order extending the motions deadline and the deadline for its response to the Plaintiff's Motion for Summary Judgment, and the Court, having considered the matter, finds that the motion is well-taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the motions deadline and Wal-Mart's deadline to respond to the Plaintiff's Motion for Summary Judgment is extended until June 2, 2015.

**SO ORDERED**, this the 26th day of May, 2015.


s/ HENRY T. WINGATE
**UNITED STATES DISTRICT JUDGE**


**Submitted by:**

*/s/ Laura H. Katzenmeyer*
Laura H. Katzenmeyer (MSB #104269)
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, MS 39206-0131
Attorneys for Wal-Mart Stores East, LP